UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 13-34715 |
| WILLIAM BAUMAN ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | DuPage | |
| Debtor(s) ) | | |

**ORDER PURSUANT TO 11 U.S.C. SECTION 506(A) AND BANKRUPTCY RULE 3012 DETERMINING THE VALUE OF 157 W. GREENFIELD AVENUE, LOMBARD, ILLINOIS 60148 TO BE $332,666.00 AND FINDING BMO HARRIS BANK, N.A.'S CLAIM TO BE FULLY UNSECURED**

THIS CAUSE coming on to be heard on the DEBTOR'S MOTION PURSUANT TO 11 U.S.C. SECTION 506(A) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 157 W. GREENFIELD AVENUE, LOMBARD, ILLINOIS 60148 AND AVOID THE LIEN OF BMO HARRIS BANK, N.A., due notice having been given, and the Court being fully advised in the premises:

IT IS SO ORDERED:

1. The Fair Market Value of the Real Estate commonly known as 157 W. Greenfield Avenue, Lombard, IL is $332,666.00;

2. BMO Harris Bank, N.A.'s junior lien recorded on the property located at 157 W. Greenfield Avenue, Lombard, IL in the approximate amount of $81,985.00 is fully unsecured, and shall be classified and paid as a general non-priority unsecured claim, and shall be avoided and stripped off upon entry of a discharge in the underlying Chapter 13 proceeding;

3. BMO Harris Bank, N.A. shall retain its junior lien on Debtor's real property until the earlier of: a) the payment of the underlying debt determined under non-bankruptcy law; or b) discharge under Section 1328.

4. BMO Harris Bank, N.A. shall release its lien within 30 days of the entry of discharge.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 03, 2014

**Prepared by:**

Mohammed O. Badwan, Esq.
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Ste. 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: mbadwan@sulaimanlaw.com