UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 13-34715 |
| WILLIAM BAUMAN ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | DuPage | |
| Debtor(s) ) | | |

**ORDER PURSUANT TO 11 U.S.C. SECTION 506(A) AND BANKRUPTCY RULE 3012 DETERMINING THE VALUE OF 0N154 MCDONALD AVENUE, WEST CHICAGO, ILLINOIS 60185 TO BE $126,625.00 AND FINDING ONEWEST BANK'S CLAIM TO BE FULLY UNSECURED**

THIS CAUSE coming on to be heard on the DEBTORS' MOTION PURSUANT TO 11 U.S.C. SECTION 506(A) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 0N154 MCDONALD AVENUE, WEST CHICAGO, ILLINOIS 60185 AND AVOID THE LIEN OF ONEWEST BANK, due notice having been given, and the Court being fully advised in the premises:

IT IS SO ORDERED:

1. The Fair Market Value of the Real Estate commonly known as 0N154 McDonald Avenue, West Chicago, IL 60185 is $126,625.00.

2. OneWest's junior lien recorded on the property located at 0N154 McDonald Avenue, West Chicago, IL 60185 in the approximate amount of $118,216.00 is fully unsecured, and shall be classified and paid as a general non-priority unsecured claim, and shall be avoided and stripped upon entry of a discharge in the underlying Chapter 13 proceeding;

3. OneWest shall retain its junior lien on Debtors' real property until the earlier of: a) the payment of the underlying debt determined under non-bankruptcy law; or b) discharge under Section 1328.

4. OneWest shall release its lien within 30 days of the entry of discharge.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 03, 2014

**Prepared by:**

Mohammed O. Badwan, Esq.
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Ste. 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: mbadwan@sulaimanlaw.com