**REQUIRED STATEMENT TO ACCOMPANY**

**ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) William Robert Bauman;  Case No. 13-34715  Chapter 13

All Cases: Moving Creditor Specialized Loan Servicing LLC  Date Case Filed August 30, 2013

Nature of Relief Sought: X Lift Stay

Chapter 13: Date of Confirmation Hearing  or  X  Date Plan Confirmed 1/24/14

1. Collateral
   a. Home  X
   b. Car     Year, Make and Model _____
   c. Other   _____

2. Balance owed as of Petition Date $125,653.54

   Total of all other Liens against Collateral $118,216.00 (per Schedule D)

3. Attach a payment history, *or* list the months post-petition for which full payment from the debtor was not received:

   2/1/14 - 5/1/14 payments at $1,532.59 each = $6,130.36

4. Estimated Value of Collateral (must be supplied in *all* cases) $121,000.00 per schedule A)

5. Default
   a. Pre-Petition Default

      Number of months _____    Amount $_____
   b. Post-Petition Default
      i. On direct payments to the moving creditor

         Number of months  4     Amount $6,130.36
      ii. On payments to the Standing Chapter 13 Trustee

         Number of months _____    Amount $_____

6. Other Allegations
   a. Lack of Adequate Protection § 362(d)(1)
      i. No insurance _____
      ii. Taxes unpaid _____    Amount _____
      iii. Rapidly depreciating asset _____
      iv. Other (describe) _____
   b. No Equity and not Necessary for an Effective Reorganization § 362(d)(2)  X
   c. Other "Cause" § 362(d)(1) _____
      i. Bad Faith
      ii. Multiple filings
      iii. Other (describe):
   d. Debtor's Statement of Intention regarding the Collateral
      i. Reaffirm    ii. Redeem
      iii. Surrender    iv. No Statement of Intention Filed
      v. Not Indicated

Date: May 9, 2014                      /s/ Crystal Sava

                                          Counsel for Movant