## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| William Robert Bauman, | Case No. 13-34715 |
| Debtor | |
| | Chapter 13 |
| | Honorable Judge Donald R. Cassling |

### NOTICE OF MOTION

TO:    Fifth Third Bank, N.A. c/o Pierce & Associates, P.C. (electronically via ECF)
       Glenn B. Stearns, Chapter 13 Trustee (electronically via ECF)

**PLEASE TAKE NOTICE** that on **March 6, 2015 at 10:00 a.m.**, the undersigned will appear before the **Honorable Donald R. Cassling** or whatever judge that may be sitting that day at the Kane County Courthouse, 100 S. Third St., Geneva, Illinois, Room 240, and will then and there present the attached **Debtor's Motion for an Extension of Time** at which time you may appear if you so choose.

### Certificate of Service

I, Mohammed Badwan, hereby certify that I caused a copy of this notice to be served, electronically through ECF to Pierce & Associates c/o Dana O'Brien and attached Motion upon the above parties on February 27, 2015 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:  /S/ MOHAMMED BADWAN
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEFENDANT
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE:  (630) 575-8181
FAX:    (630) 575-8188
ATTORNEY NO: 6299011

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | |
| William Robert Bauman, | NO. 13-34715 |
| Debtor | |
| | Chapter 13 |
| | Honorable Judge Donald R. Cassling |

**DEBTOR'S MOTION FOR EXTENSION OF TIME TO**
**REPLY IN SUPPORT OF MOTION FOR VIOLATIONS OF THE**
**DISCHARGE INJUNCTION AND SEEKING SANCTIONS AND CIVL CONTEMPT**

**NOW COMES** William Robert Bauman ("Debtor"), by and through his attorneys, Sulaiman Law Group, LTD, bringing this Motion To Extend Time to Reply In Support of Debtor's Motion Pursuant to 11 U.S.C. § 524 for Violations of the Discharge Injunction and FED. R. BANKR. P. 9020 seeking Sanctions for Civil Contempt against Fifth Third Bank, N.A., and stating as follows:

1. The instant motion was filed December 10, 2014 to enforce the discharge injunction.

2. On January 16, 2015, this Honorable Court entered a scheduling order on Debtor's motion, granting Fifth Third until February 6, 2015 to response, and Debtor until February 27, 2015 to reply.

3. Debtor is seeking a 21 day extension to file his reply, through March 20, 2015.

4. Fifth Third is not opposed to a 21 day extension of time for Debtor to file his reply as the parties are working together to resolve the matter.

5. The extension is not being sought for any improper purpose and is not prejudicial to any parties of interest.

6.  The current status date for this matter is March 6, 2015.

**WHEREFORE**, Debtor, William Robert Bauman, prays this Honorable Court for the

following relief:

A.  Extending the time to reply to on or before March 20, 2015; and.

B.  For such other and further relief this Court deems just and proper.

Dated: February 27, 2015                          Respectfully Submitted,

                                                  /s/ Mohammed O. Badwan
                                                  Mohammed O. Badwan, Esq. #6299011
                                                  *Counsel for Debtor*
                                                  Sulaiman Law Group, LTD
                                                  900 Jorie Blvd, Ste 150
                                                  Oak Brook, IL 60523
                                                  Phone (630)575-8181
                                                  Fax: (630)575-8188