```
                        IN THE UNITED STATES BANKRUPTCY COURT
                            NORTHERN DISTRICT OF ILLINOIS
                                   EASTERN DIVISION


IN RE:   WILLIAM ROBERT BAUMAN                  ) Chapter 13
                                                )
                                                )
                                                )
                                      - Creditor ) No. 13-34715
Fifth Third Mortgage Company                    )
                                                )
              v.                                ) Judge
                                                ) Donald R. Cassling
WILLIAM ROBERT BAUMAN                 - Debtor  )
                                                )
```

NOTICE OF AGREED MOTION

TO:   SEE ATTACHED ADDRESSES

      PLEASE TAKE NOTICE THAT ON April 24, 2015 at 09:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, Kane County Courthouse, in Room 240, 100 South 3rd Street, Geneva Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

CERTIFICATION

      I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on April 16, 2015, with proper postage prepaid.

                                                PIERCE & ASSOCIATES, P.C.

                                                /s/Dana N. O'Brien


**THIS DOCUMENT IS AN ATTEMPT              ARDC#6256415
TO COLLECT A DEBT AND ANY                  1 North Dearborn, Suite 1300
INFORMATION OBTAINED WILL BE               Chicago, Illinois 60602
USED FOR THAT PURPOSE**                    312-346-9088

13-3252

NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B.  Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice through ECF**


To Debtor:
WILLIAM ROBERT BAUMAN
157 W. Greenfield Avenue
Lombard, IL 60148
**by U.S. Mail**


To Attorney:
Mohammed O Badwan
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**


PIERCE & ASSOCIATES, P.C.
Attorneys For:
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088


PA13-3252

```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

RE:   WILLIAM ROBERT BAUMAN         )
                                    )
Fifth Third Mortgage Company        )
      Creditor,                     )    Case No. 13-34715
                                    )    Judge Donald R. Cassling
   vs.                              )
                                    )
WILLIAM ROBERT BAUMAN,              )
      Debtor(s),                    )
```

**AGREED MOTION TO EXTEND TIME**

Now comes Fifth Third Mortgage Company by and through its attorneys, Pierce and Associates, PC, and requests an extension of time to submit an Agreed Order, pursuant to Rule 9006 B stating as follows:

1. This case was filed on August 30, 2013, and has been confirmed.

2. Fifth Third Mortgage Company holds the first mortgage lien on the property commonly known as 157 W. Greenfield Avenue, Lombard, IL 60148.

3. Pursuant to the Courts Order entered March 27, 2015, Affidavits are due on or before April 17, 2015.

4. Counsel for Fifth Third Mortgage Company is requesting one more week in order to produce said Affidavit.

5. Counsel for Fifth Third Mortgage Company has contacted Debtor's counsel on the matter via email and they have agreed to this Motion.

6. As such, Counsel for Fifth Third Mortgage Company respectfully requests additional time to produce their Affidavit and for Debtor to produce their Affidavit, to April 24, 2015.

7. Additionally, Counsel for Fifth Third Mortgage Company also respectfully requests that the status date be continued from April 24, 2015 to May 1, 2015.

Wherefore, for the above stated reasons, Fifth Third Mortgage Company respectfully requests that the date to submit the Affidavits be extended to from April 17, 2015 to April 24, 2014, and the status hearing on this case be continued from April 24, 2015 to May 1, 2015.

    Fifth Third Mortgage Company

    /s/Dana N. O'Brien
    Dana N. O'Brien
    ARDC#6256415

    Pierce and Associates, P.C.
    1 North Dearborn Street
    Suite 1300
    Chicago, Illinois 60602
    (312)346-9088