UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Donald R. Cassling | Hearing Date | 5/29/15 |
| Bankruptcy Case | 13-34715 | Adversary No. | |
| Title of Case | William Robert Bauman | | |

**Brief Statement of Motion:** Court Ruling on Actual Damages on the Debtor's Motion for Sanctions

**Names and Addresses of moving counsel:** Paul M Bach, Sulaiman Law Group, Ltd. 900 Jorie Blvd, Oak Brook IL 60523

**Representing:** Debtor

### ORDER

① For the reasons stated in the record the Court awards Sulaim Law Group, Ltd attorney fees to be paid by Fifth Third Bank for violation of the Discharge Injunction in the amount of $10,855.50

② The Court disallows 2,929.50 based on the Ruling on the Record

③ Fifth Third Bank shall pay the $10,855.50 to Sulaiman Law Group, Ltd within 30 days of the entry of this order.

Donald R. Cassling
5-29-15